IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffery B. Brown,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Jason Gunther,<br><br>　　　　　Respondent. | No. CV-25-00133-PHX-ROS<br><br>**ORDER** |

　　　　Before the Court is Petitioner Jeffery B. Brown's Petition for Writ of Habeas Corpus by a Person in Federal Custody under 28 U.S.C. § 2241 and the Report and Recommendation ("R&R") (Doc. 14) issued by United States Magistrate Judge Michael T. Morrissey on September 29, 2025. Neither Petitioner nor Respondent filed objections to the R&R.

　　　　Although the Court is not required to review the findings and recommendations of the Magistrate Judge absent objections, *see Thomas v. Arn*, 474 U.S. 140, 149 (1989) ("the statute does not on its face require any review…of any issue that is not the subject of an objection"), the Court has reviewed Judge Morrissey's R&R and agrees with its findings and recommendations. The Court will, therefore, accept the R&R and dismiss the Petition. See 28 U.S.C. § 636(b)(1) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."); Fed.R.Civ.P. 72(b)(3) (same).

　　　　Accordingly,

1       **IT IS ORDERED** the R&R (Doc. 14) is **ACCEPTED and ADOPTED** as the
2  Order of this Court.
3       **IT IS FURTHER ORDERED** the Petition for Writ of Habeas Corpus (Doc. 1) is
4  **DENIED** and **DISMISSED WITHOUT PREJUDICE**.
5       **IT IS FURTHER ORDERED** the Clerk of Court shall terminate this action and
6  enter judgment accordingly.
7       Dated this 19th day of February, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge